UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. BROOKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> J. SOTO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 05-1618-DDP (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1    IT THEREFORE IS RECOMMENDED that the District Court issue an Order:

2    (1)    approving and adopting this Report and Recommendation;

3    (2)    entering summary judgment because Plaintiff's claims are barred
4           as a matter of law;

5    (3)    granting Defendants' motion for summary judgment on the
6           grounds that Plaintiff failed to show Defendants hindered his
7           access to courts, or that he suffered actual injury;

8    (4)    denying Defendants' motion for summary judgment on the
9           grounds of Eleventh Amendment immunity as moot; and

10   (5)    directing that Judgment be entered dismissing this action as to all
11          Defendants with prejudice.

14   DATED: July 7, 2009

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge