JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN D. BROOKS, | ) | Case No. CV 05-1618-DDP (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| J. SOTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Judgment be entered

(1) approving and adopting this Report and Recommendation;

(2) entering summary judgment because Plaintiff's claims are barred as a matter of law;

(3) granting Defendants' motion for summary judgment on the grounds that Plaintiff failed to show Defendants hindered his access to courts, or that he suffered actual injury;

(4) denying Defendants' motion for summary judgment on the grounds of Eleventh Amendment immunity as moot; and

(5) directing that Judgment be entered dismissing this action as to all Defendants with prejudice.

DATED: July 7, 2009

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge